

FILED

FEB 2 4 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| MICHELLE OKSENDAHL, | CV 19-00005-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| RBC CAPITAL MARKETS, LLC, a Minnesota and New York limited liability company, | |
| Defendant. | |

Upon the Stipulation for Dismissal (Doc. 13) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that all deadlines along with the final pretrial hearing set for Wednesday, July 1, 2020 at 9:00 a.m. and the trial set for Monday, July 13, 2020 at 9:00 a.m. are **VACATED**.

DATED this 24th day of February, 2020.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1